# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| D'WANNA WILLIAMS | ) | **Summons** |
| | ) | **(Issued pursuant to Rule 4 of** |
| | ) | **the Federal Rules of Civil** |
| Plaintiff, | ) | **Procedure or other appropriate** |
| | ) | **law.)** |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| DALESSANDRO ENTERPRISES, LLC, | ) | |
| | ) | 2;22-CV-00173-NAD |
| Defendant. | ) | |

Summons in a Civil Action

To: (*Defendant's name and address*)    ***DALESSANDRO ENTERPRISES, LLC***
***C/O Gerard A. D'Alessandro, Jr.***
***528 4th Avenue North***
***Bessemer, AL 35020***

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Edward I. Zwilling**
**Law office of Edward I. Zwilling, LLC**
**4000 Eagle Point Corporate Dr.**
**Birmingham, AL 35242**

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2-11-22

SHARON N. HARRIS, CLERK

By:

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203