FILED
2022 Mar-30  PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

     Plaintiff,

                            CASE NO: 2:22-CV-00173-NAD

vs.

DALESSANDRO ENTERPRISES, LLC,

     Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Comes now, Plaintiff, D'Wanna Williams, by and through undersigned counsel, and advises the Court that the parties have reach reached a settlement of all disputed issues and are in the process of circulating settlement documents for execution.  Plaintiff will file a voluntary notice of dismissal with prejudice with the Court within the next 30 days.

Dated this 30th day of March, 2022.


     Respectfully submitted,

     By:  */s/ Edward I. Zwilling*
     Edward I. Zwilling, Esq.
     Alabama State Bar No.: ASB-1564-L54E

1

**OF COUNSEL:**

Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone:  (205) 822-2701
Email:       edwardzwilling@zwillinglaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each registered participant.  I have this date emailed a copy to Mr. Gerard A. D'Alessandro, Jr, at gad4747@gmail.com.

*s/ Edward I. Zwilling*
**OF COUNSEL**