UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

    Plaintiff,

CASE NO: 2:22-cv-00173-NAD

vs.

DALESSANDRO ENTERPRISES, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requests this Court to dismiss the above-styled case with prejudice, per the settlement agreement entered into between the parties. Except as contained in the settlement agreement of the parties, each party shall bear its own attorneys' fees, costs, and expenses.

Dated this 15th day of April, 2022.

                                                              Respectfully submitted,

                                                              *s/ Edward I. Zwilling*
                                                              Edward I. Zwilling
                                                             Al Bar No. ASB-1565-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242

Telephone: (205) 822-2701
Email:  edwardzwilling@zwillinglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 15th day of April, 2022, I have electronically filed the foregoing with the Clerk of the Court using the CM-ECF system which will send notification of such filing to the following counsel of record at the email address registered with CM-ECF.  A copy has also this date been emailed to Gerry D'Alessandro at gad4747@gmail.com.

*s/ Edward I. Zwilling*
Edward I. Zwilling