# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D'WANNA WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:22-cv-00173-NAD |
| DALESSANDRO ENTERPRISES, LLC, | ) |
| Defendant. | ) |

## MINUTE ENTRY OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff D'Wanna Williams has voluntarily dismissed this action **WITH PREJUDICE**. Doc. 6. Except as contained in the settlement agreement of the parties, each party shall bear its own attorneys' fees, costs, and expenses. This case is **CLOSED**.

Dated: April 18, 2022                SHARON N. HARRIS, CLERK

                                     By: s/ M. Barnes
                                          Deputy Clerk